UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FREDRICK CONNORS, | Case No. 3:13-cv-00571-MMD-VPC |
| --- | --- |
| Plaintiff, | |
| v. | ORDER |
| VERIZON WIRELESS, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation ("R&R") of the Honorable Valerie P. Cooke, United States Magistrate Judge, entered November 20, 2013. (Dkt. no. 4.) No objections have been filed.[1] The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Cooke's R&R should be accepted and adopted in full.

It is therefore ordered that Plaintiffs' Complaint is dismissed with prejudice as frivolous.

DATED THIS 16th day of April 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff sent a letter to Magistrate Judge Cooke on November 26, 2013, stating that he was "sending this letter as a petition for 'Leave of Court' in the Case #3:13-cv-00571." (Dkt. no. 5-1.) It is not clear to the Court whether Plaintiff intended for the letter to act as an objection to the R&R. Regardless, the Court has conducted *de novo* review of the record in adopting in full the R&R.